IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| James Clarence Hughes, III, ) | C/A NO. 3:11-1279-CMC-JRM |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Karen Christine Ratigan, Assistant ) | |
| Attorney General of South Carolina, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's "Notice of Conflict of Interest and Objection" to the Opinion and Order entered by the undersigned on July 11, 2011. To the extent this "Notice" can be construed as a motion for reconsideration, Plaintiff seeks review of his case "by another U.S. District Judge for South Carolina." This request is denied. If Plaintiff seeks review of the Order entered July 11, 2011, he must appeal to the Fourth Circuit Court of Appeals.

Therefore, to the extent Plaintiff's "Notice" can be construed as a motion for reconsideration, it is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 26, 2011

1